John W. Carpenter (Bar No. 221708)
john@jwcarpenterlaw.com
33 ½ Los Pinos
Nicasio, CA  94946
Telephone: (415) 577-0698
Facsimile:  1- 866-410-6248

Attorney for Plaintiff
Technology Licensing Company Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY LICENSING CO. INC., <br><br> Plaintiff <br><br> vs. <br><br> INITIAL TECHNOLOGY, INC. <br><br> Defendant | CASE NO.  CV 08 3801  CW <br><br> **REQUESTS AND ~~[PROPOSED]~~ ORDER FOR CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** <br><br> **AS MODIFIED** |

### Requests for Continuance of Initial Case Management Conference

Plaintiff  TECHNOLOGY LICENSING CO. INC. ("TLC") respectfully requests a continuance of the Initial Case Management in this matter.

The Initial Case Management Conference is currently set for January 6, 2009 at 2:00 PM.

The undersigned attorney representing the Plaintiff is in the process of moving his law offices from San Francisco to New Orleans due to family reasons; and Defendant Initial Technology Inc. ("INITIAL") has not answered the subject lawsuit.

1       TLC and INITIAL are presently engaged in ongoing discussions to settle this matter, and
2 need additional time to continue settlement discussions. It is anticipated that this lawsuit will be
3 settled within the next 2 weeks.
4       TLC respectfully seeks a continuance of the Initial Case Management Conference to
5 January 27, 2009 at 2:00 P.M., or to whatever date and time thereafter as set by the Court.
6
7       This is the first request for a time modification of the Initial Case Management in this
8 matter.
9       The present requested time modification would have no material effect on the schedule for
10 this case.
11
12       Accordingly, it is hereby requested that the Initial Case Management Conference in this
13 matter by continued to January 27, 2009 at 2:00 P.M., or to whatever date and time thereafter as
14 set by the Court.

15

16 DATED: December 31, 2008                     Respectfully submitted,
17                                                     By _____
18                                                      John W. Carpenter
19                                                      Attorney for Plaintiff
                                                     Technology Licensing Company, Inc.
20

21                                            **ORDER**
22       PURSUANT TO PLAINTIFF'S REQUEST AND UPON GOOD CAUSE SHOWN, IT
IS SO ORDERED. **THE CASE MANAGEMENT CONFERENCE IS CONTINUED TO
23 2/3/09 AT 2:00 P.M.  CMC STATEMENT DUE ONE WEEK PRIOR TO CONFERENCE**
24 Dated ____1/5_____, 2009           _____
                                                  Hon. Claudia Wilkin
25                                                   United States District Judge
26
27
28

                                  2       STIP. AND PROPOSED ORDER CONTINUING
                                - -       INITIAL CMC
                                            CV 08-3803